MICHAEL R. SCHWARTZ et al., Respondents, *v.* FIFTY
GREENWICH STREET REALTY CORPORATION et al.,
Appellants.

(Argued June 6, 1934; decided July 3, 1934.)

444

*Frederic H. McCoun* for appellants.

*Maurice I. Rappaport* and *Morris Cukor* for respondents.

Judgment modified by reversing judgment as to individual defendant Leary, with costs to him in all courts, and as so modified affirmed, with costs against corporate appellants, on the authority of *London* v. *Toney* (263 N.Y. 439). No opinion. (See 265 N. Y. 512.)

Concur: POUND, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.

CRANE, J. (dissenting). I dissent. As the corporation mortgagor could not plead usury, neither can the guarantor Leary.